**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KEYAUKA BUTLER** | * | **CIVIL ACTION** |
| | * | |
| **VS.** | * | **NO. 23-5701 "G" (1)** |
| | * | |
| **UNIVERSITY OF LOUISIANA** | * | **JUDGE NANNETTE BROWN** |
| **SYSTEM, ET AL** | * | |
| | * | **MAG. JUDGE VAN MEERVELD** |

**********************************

**DEFENDANT'S STATUS REPORT**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, the Board of Supervisors for the University of Louisiana System, who hereby respectfully submit this Status Report in compliance with this Honorable Court's Scheduling Order.[1]

1. **Listing of Parties and Counsel**

   - Defendant, the Board of Supervisors for the University of Louisiana System; Represented by Angela J. O'Brien and Brandon J. DeCuir.

   - Plaintiff, Keyauka Butler, is represented by Ja'Net L. Davis.

2. **List of Pending Motions**

   There are no motions currently pending before the Court at this time.

3. **Dates and Times of Conferences and Trial**

   At present, the final pre-trial conference is scheduled for February 18, 2026, at 2:00 pm.

   The trial of this matter is set to begin on March 9, 2026, at 9:00 am.

4. **Brief Description of Factual and Legal Issues**

   Plaintiff's operative Complaint[2] brings a Title VII action.  She alleges that Defendant

---

[1] R. Doc. 32.
[2] R. Doc. 22.

1

discriminated against her based on her age, race, and disability, and retaliated against her in violation of Title VII. However, Title VII only prohibits employment discrimination based on race, color, religion, sex, and national origin. To the extent Plaintiff is also asserting any state law claims against Defendant, those claims are barred by sovereign immunity.

In Plaintiff's operative Complaint, Plaintiff alleges that she was prevented from applying for an office manager position with UNO because she is a "woman with children"[3] and was treated differently than a "white male counterpart"[4] in regards to parking on campus. Additionally, she alleges that she was denied additional training to "become Full Post Certified."[5]

Prior to this litigation commencing, UNO provided a detailed position statement to the EEOC regarding Plaintiff's Charge of Discrimination with evidence that no personnel at UNO illegally discriminated or retaliated against Plaintiff. Plaintiff was ultimately dismissed from her employment with UNO, effective at the close of business on January 20, 2023, because she abandoned her job.

5. **Status of Discovery**

Discovery has just begun. The Defendant has provided initial disclosures to Plaintiff. No depositions have taken place.

*[Continued on next page].*

---

[3] R. Doc. 22 at paragraph 9.
[4] *Id.* at paragraph 10.
[5] *Id.* at paragraph 8.

**6.  Status of Settlement Negotiations**

Defendant and Plaintiff have not engaged in any settlement negotiations.


Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

*s/Angela J. O'Brien*
**ANGELA J. O'BRIEN (LSBA # 34010)**
**ASSISTANT ATTORNEY GENERAL**
LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
1450 POYDRAS STREET, SUITE 900
NEW ORLEANS, LA  70112
TELEPHONE: (504) 599-1200
FACSIMILE: (504) 599-1212
Email: O'BrienA@ag.louisiana.gov

**AND**

*s/Brandon J. DeCuir*
BRANDON J. DECUIR (#28014)
COREY PIERCE (#24601)
ASHLEY MCCULLEN (#39278)
732 NORTH BOULEVARD
BATON ROUGE, LA 70802
TEL: 225.346.8716
FAX: 225.336.1950
EMAIL:BRANDON@DECUIRLAW.COM
*Counsel for the Board of Supervisors for the*
*University of Louisiana System*

3